April 3, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF K.D.H., A CHILD

NO. 14-13-00006-CV

_____

This cause, an appeal from the judgment signed, October 8, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings consistent with the court's opinion. We further order that all costs incurred by reason of this appeal be paid by appellees, Jennifer Kegresse and Daniel Eugene Higgins, jointly and severally. We further order this decision certified below for observance.